Hunt Brothers Packing Company, appellee, v. Max Udelowish, trading as Standard Grocery Company, appellant. Gen. No. 32,377.

642

Opinion filed June 20, 1928.
Harry H. Krinsky, for appellant. Follansbee, Shorey & Schupp, for appellee; Clyde E. Shorey and Louis W. Becker, Jr., of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.